834

No. 705.  Tressler *v.* Tressler et al.   January 20, 1947.

No. 708.  Clark & Clark et al. *v.* Smith, Kline & French Laboratories.   January 20, 1947.

No. 681.  W. H. Tompkins Co. *v.* United States et al. January 20, 1947.

No. 40.  United States *v.* Carmack.   February 3, 1947.

No. 53.  United States *v.* Sheridan.   February 3, 1947.

No. 75.  International Harvester Co. *v.* Evatt, Tax Commissioner of Ohio.   February 3, 1947.

No. 79.  Steele *v.* General Mills, Inc.   February 3, 1947.

No. 180.  Taylor *v.* Illinois.   February 3, 1947.

No. 288.  Richardson et al. *v.* Kelly, Receiver. February 3, 1947.

No. 611.  Faucetta *v.* New York.   February 3, 1947.